# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

**UNITED STATES OF AMERICA**,

v.

**CHARLES MICHAEL BEATTY**,   Case No. 7:12-CR-41 (HL)

    Defendant.

## ORDER

Before the Court is the parties' joint Motion for Continuance (Doc. 17) of the trial setting. The motion is denied. The Court is persuaded there is ample time before the July 2014 trial term for the parties to reach a plea agreement or prepare the case for trial.

**SO ORDERED**, this the 29th day of April, 2014.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

scr