# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

**UNITED STATES OF AMERICA**,

v.

**CHARLES MICHAEL BEATTY**,   Case No. 7:12-CR-41 (HL)

Defendant.

## ORDER

Before the Court is the Application for Determination of Competency (Doc. 20) by Defendant Charles Beatty. Pursuant to 18 U.S.C. § 4241(a), the motion is granted. Defendant is currently in the Government's custody. The Government is, therefore, ordered to work with the Marshal's Service and the Bureau of Prisons to have Defendant be examined by a qualified psychiatrist or psychologist employed by the Bureau of Prisons. The psychiatrist or psychologist shall determine whether Defendant is competent to stand trial or undergo criminal proceedings in this matter, which determination shall be detailed in a report that is to be supplied to this Court. A copy of this Order is to be given to the Marshal's Service to assist it in making any transfer of Defendant that may be necessary. Furthermore, this case is to be continued to the next criminal trial setting.

If the parties wish to clarify any other matter with regards to Defendant's psychiatric evaluation, they must do so and supply a proposed order not later than June 10, 2014.

**SO ORDERED**, this the 4th day of June, 2014.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

scr