**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> v. <br><br> **CHARLES MICHAEL BEATTY**, <br><br> Defendant. | Case No. 7:12-CR-41 (HL) |

**ORDER**

In light of concerns expressed by counsel for Defendant Charles Beatty ("Defendant"), the Court now elaborates on its earlier Order (Doc. 21) granting Defendant's Application for Determination of Competency (Doc. 20). Pursuant to 18 U.S.C. § 4241, the Court orders that Defendant be committed to the custody of the Attorney General for placement in a suitable Bureau of Prison ("BOP") facility for a psychiatric or psychological evaluation to determine whether he is mentally competent to stand trial, can understand the nature and consequences of the proceedings against him, and can assist properly in his defense. The parties may supply whatever records they believe would be relevant to the evaluation, and the BOP facility may request necessary records from the parties. The competency evaluation is to be videotaped. The competency evaluation is to be conducted within a reasonable period, not to exceed forty-five (45) days of this order. If necessary and upon a showing of good cause, the director of the BOP facility may apply for a reasonable extension.

The Court orders that the examining psychiatrist or psychologist shall prepare a written report on Defendant's competency that is to be filed with this Court, with copies of the report supplied to counsel for the parties. The report shall include (1) Defendant's history and present symptoms; (2) a description of the psychiatric, psychological, and medical tests that were employed and their results; (3) the examiner's findings; (4) the examiner's opinions as to diagnosis, prognosis, and whether Defendant is suffering from a mental disease or defect rendering him mentally incompetent to the extent he is unable to understand the consequences of the proceedings against him or to assist properly in his defense. 18 U.S.C. §§ 4241(b), 4247(b)-(c).

**SO ORDERED**, this the 12th day of June, 2014.

*s/ Hugh Lawson*_____
**HUGH LAWSON, SENIOR JUDGE**

scr