# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

**UNITED STATES OF AMERICA**,

v.

**CHARLES MICHAEL BEATTY**,  Case No. 7:12-CR-41 (HL)

    Defendant.

## ORDER

Defendant Charles Beatty ("Defendant") is currently scheduled to undergo a mental competency evaluation by the Federal Bureau of Prisons ("BOP"). In an earlier Order (Doc. 22), the Court had ordered the BOP to videotape the competency evaluation. The Court has today been contacted by Dr. Heather Ross, who is going to evaluate Defendant's mental competency. Dr. Ross has informed the Court that complying with the requirement to videotape the competency evaluation will considerably delay matters because significant logistical arrangements are necessary for recording evaluations. Dr. Ross also stated that she has spoken with counsel for Defendant and counsel for the Government, and that neither attorney said that videotaping Defendant's competency evaluation would be necessary. Therefore, unless either Defendant or the Government files an objection prior to September 12, 2014, the BOP is authorized to conduct Defendant's competency evaluation without videotaping it. Any such objection must state the reasons therefor.

**SO ORDERED**, this the 5th day of September, 2014.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

scr