IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

UNITED STATES OF AMERICA        :
                                      :

      v.                            :  **CRIMINAL NUMBER: 7:12-CR-41 (HL)**
                                        :

CHARLES MICHAEL BEATTY        :
_____  :

### ORDER OF CONTINUANCE

The defendant in the above-styled case was indicted on November 15, 2012.  He was brought to this District and his initial appearance and arraignment were held on March 14, 2014.  The parties have pursued discovery and efforts aimed at resolving the matter, but defendant is currently at FCI Butner for a Court-ordered competency evaluation scheduled to be completed by October 17, 2014.   The parties have jointly moved to continue the case to the next available Valdosta trial term.

Accordingly, IT IS HEREBY ORDERED that the above-referenced matter be continued hereafter to the next regularly scheduled term of Court for the Valdosta Division of this district and that any delay occasioned by the continuance be deemed excusable delay pursuant to 18 U.S.C. § 3161(h).

It is the Court's finding that the ends of justice served by the granting of this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).  The Court finds that failure to grant such continuance could result in a miscarriage of justice, 18 U.S.C. § 3161(h)(7)(B)(i), and that failure to grant such continuance would deny counsel for the defendant and the Government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § (h)(7)(B)(iv).

SO ORDERED, this __17th__ day of ____October____, 2014.

__s/ Hugh Lawson_____
HUGH LAWSON
UNITED STATES DISTRICT JUDGE

Presented by:
/s/ROBERT D. McCULLERS
ROBERT D. McCULLERS
ASSISTANT UNITED STATES ATTORNEY